TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LYNN HARADA [C.S.B.N. 267616]
Special Assistant United States Attorney
  Social Security Administration, Region IX
  160 Spear St., Suite 800
  San Francisco, CA  94105
  Telephone: 510-970-4820
  Facsimile: 415-744-0134
  e-mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ANTONIO MENDOZA, | Case No. 2:20-cv-10262-JGB-ADS |
| Plaintiff, | |
| vs. | JUDGMENT OF REMAND |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

  The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  9/30/2021     /s/ Autumn D. Spaeth
              HON. AUTUMN D. SPAETH
              UNITED STATES MAGISTRATE JUDGE